**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kiara O. BONDS, a/k/a Ki, a/k/a
Ky, Defendant—Appellant.**

**No. 09–6160.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 29, 2009.

Kiara O. Bonds, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Kiara O. Bonds appeals the district court's order denying her motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Bonds,* No. 9:04–cr–00294–SB–4 (D.S.C. Jan. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*